**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 05-7726**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GLEN WAYNE STAPLETON,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, Chief District Judge.  (CR-01-10026; CA-05-541-7)

─────────────

Submitted:  January 26, 2006              Decided:  February 3, 2006

─────────────

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Glen Wayne Stapleton, Appellant Pro Se.  Eric Matthew Hurt, OFFICE OF THE UNITED STATES ATTORNEY, Newport News, Virginia; Steven Randall Ramseyer, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Glen Wayne Stapleton seeks to appeal the district court's order dismissing his 28 U.S.C. § 2255 (2000) motion as a successive motion for which prefiling authorization had not been obtained, and a subsequent order denying his motion for reconsideration. See 28 U.S.C. § 2244 (2000). The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000); see Jones v. Braxton, 392 F.3d 683, 684 (4th Cir.2004). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of his constitutional claims is debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001). We have independently reviewed the record and conclude that Stapleton has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED